# United States Court of Appeals for the Fifth Circuit

No. 25-50015
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 4, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JUAN IGNACIO CARRETE-TERAN,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-2517-1

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Juan Ignacio Carrete-Teran appeals his convictions for conspiracy to transport aliens and transporting aliens for financial gain.  He challenges the denial of his motion to suppress the evidence obtained during an investigatory stop of his vehicle, which he argues was unsupported by

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-50015

reasonable suspicion of criminal activity in violation of the Fourth Amendment.

Based on the totality of the circumstances—the proximity to the border, information about recent illegal alien trafficking in the area, Carrete-Teran's driving behavior in that area, and the agents' years of experience— we conclude that there was reasonable suspicion to conduct an investigatory stop. *See United States v. Galvan-Torres*, 350 F.3d 456, 457-58 (5th Cir. 2003). We are unpersuaded by his contention that his coming to a complete stop "mere feet" from the border in the same location where individuals who had just crossed the Rio Grande were actively attempting to climb the fence does not weigh in favor of reasonable suspicion because, in isolation, it may appear innocent. *See United States v. Thomas*, 997 F.3d 603, 610 (5th Cir. 2021) ("Rather, observations capable of innocent explanation may, in the aggregate, amount to reasonable suspicion."). The district court's suppression ruling is supported by a reasonable view of the evidence. *See United States v. Gonzalez*, 190 F.3d 668, 671 (5th Cir. 1999).

The judgment of the district court is AFFIRMED.